UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 DEC 10  A 11: 02

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES OF AMERICA : CR. NO. 3:03CR198(RNC)

VS. :

JOEL ROMAN : DECEMBER 7, 2004

DEFENDANT JOEL ROMAN'S SENTENCING MEMORANDUM

Pursuant to Rule 32 of the Federal Rules of Criminal Procedure and Criminal Rule 10(a)(3) of the Local Rules of Criminal Procedure for the United States District Court, District of Connecticut, defendant JOEL ROMAN, by and through his undersigned counsel, submits the following Sentencing Memorandum.

Joel Roman was 27 and out of work at the time of his arrest on state of Connecticut narcotics charges. Based on the advice of his state court attorney, who was apparently unaware of the ongoing federal narcotics investigation which culminated in this indictment, Mr. Roman plead guilty in G.A. #23 in New Haven. He was sentenced to forty-two (42) months to serve. Weeks later, he was indicted on the instant federal charges. The government and the defendant agree that the conduct

1

underlying the federal and state cases is the same. Both agree that USSG Sec. 1B1.3, Application Note 8 applies. The government has assisted defense counsel in contacting the Connecticut state court prosecutor to request the state court sentence be vacated to enable the Defendant to enter federal custody. The agreement of all parties is that the Defendant will be sentenced in federal court, then re-sentenced, concurrently, in state court.

The Defendant was in state custody, on the underlying related charges from July 11, 2003, through June 23, 2004. The state sentence was vacated on June 23, 2004. He come into federal custody on that day. Under USSG Sec. 5G1.3(b)(1), the Defendant is entitled to 11 months credit for the time he spent in state custody on the undischarged term of imprisonment for the state Sale of Narcotics case. The conduct in the state case served as the basis for the instant federal charge. Since no credit will be given by the Federal Bureau of Prisons for that 11 month period, "the court (should) adjust the sentence for any period of imprisonment already served on the undischarged term of imprisonment." USSG Sec. 5G1.3(b)(1).

ADJUSTMENT FOR ROLE IN THE OFFENSE - The Defendant incorporates by reference his comments on pages 4-6 of his OBJECTIONS TO PSI dated September 29, 2004. His offense level should be reduced by 3 points based on his mitigating role in the offense, which should be judged between a minimal and minor role.

THE DEFENDANT'S CRIMINAL HISTORY overstates his prior criminal involvement. A Criminal History Category of V overstates the seriousness of the Defendant's criminal background. Although the 11 criminal history points calculated by the probation officer appears to be correct, it overstates his prior criminal involvement. He has no convictions for crimes of violence. His only prior drug case involved possession of marijuana. (the 7/10/03 sale of narcotics in New Haven is the same conduct as the instant federal case.) The Defendant suggests that a Criminal History Category of IV more accurately represents his level of criminal history.

SENTENCING RANGE - 63-78 months.

Based on a total offense level of 22 and a criminal history category of IV, the guideline imprisonment range is 63 to 78 months.

<u>BOP DESIGNATION</u> - The Defendant requests that he be designated to southern Florida, in the vicinity of Ft. Myers where his two aunts are living.

                          DEFENDANT, JOEL ROMAN

                          BY *Margaret P. Levy*
                          MARGARET P. LEVY
                              Federal Bar No. ct00045
                          His Attorney
                          21 Oak Street
                          Hartford, CT  06106-8001
                              (860) 525-9119

C E R T I F I C A T I O N

    THIS IS TO CERTIFY that a copy of the foregoing was mailed this day, postage pre-paid, or was hand-delivered to the following:

Hon. Robert N. Chatigny
United States District Court
450 Main Street
Hartford, CT  06103

H. Gordon Hall
Assistant U.S. Attorney
157 Church Street
New Haven, CT  06510

Probation Officer Joseph Montessi
United States District Court
450 Main Street
Hartford, CT  06103

Joel Roman - No. 258311
Wyatt Detention Center
950 High Street
Central Falls, RI  XXXXX

                                              *Margaret P. Levy*
                                            MARGARET P. LEVY