United States District Court
District of Connecticut
FILED AT NEW HAVEN
Jan. 19 2005
Kevin F. Rowe, Clerk
By: Victoria C. Mina
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 3:04CR175(RNC) 03Cr198 |
| VS. | : | |
| JOEL ROMAN | : | JANUARY 14, 2005 |

## MOTION TO APPROVE COUNSEL FEE
## FOR ANCILLARY REPRESENTATION IN STATE COURT

Pursuant to the Fifth and Sixth Amendments to the United States Constitution, and 18 USC Section 3006A, undersigned counsel for Defendant JOEL ROMAN, hereby seeks an order that she be paid for her services in the state court in Geographical Area #23, in a matter ancillary to the above-captioned federal case. She represents in support of said motion:

1) She was appointed to represent the Defendant on October 30, 2003.

2) At that time, the defendant was serving a 42 month sentence in the custody of the State of Connecticut, based upon a conviction for the same criminal activity which gave rise to the instant federal case.

3) But for the federal arrest, no state representation would have been necessary.

4) While in state custody, the Defendant received no credit for time served on the federal case.

1

5) In order for the Defendant to enter federal custody and receive credit on the federal case, it was necessary to vacate the state sentence.

6) The Defendant's state court counsel had previously completed his representation of the Defendant and was unavailable to represent him for purpose of vacating the state sentence.

7) Undersigned counsel consulted with the Office of the Federal Defender regarding procedures for handling such ancillary representation; she was told representation in the state court was appropriate in this situation.

8) Assistant United States Attorney H. Gordon Hall also treated the state proceeding as an ancillary matter; he facilitated contacts with the State's Attorney's Office for G.A. #23 and scheduled court hearings in order to coordinate the state and federal proceedings.

9) Counsel's CJA 20 Voucher dated December 20, 2004, contained charges for legal services rendered both in federal court and in the ancillary action in state court.

10) Charges related to the ancillary action in state court totaled $954.00.

11) The voucher was returned on January 10, 2005, with a cover letter stating that "the CJA will not pay for state court representation" with only a few exceptions.

12) On January 13, 2005, undersigned counsel consulted with Public Defender Thomas Dennis about payment for state court representation in the present situation; Mr. Dennis advised that, "Of course, this is ancillary to the federal case; this situation comes up occasionally; and we've always treated it as an ancillary action, because it is."

WHEREFORE, for all of the above reasons, undersigned counsel respectfully requests that she be paid for her time spent on representation in the state court which was ancillary to the representation in federal court.

MARGARET P. LEVY

*Margaret P. Levy*
Counsel for JOEL ROMAN
Federal Bar No. ct00045
His Attorney
21 Oak Street
Hartford, CT 06106-8001
(860) 525-9119

3

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this day, postage pre-paid, or was hand-delivered to the following:

Hon. Robert N. Chatigny
United States District Court
450 Main Street
Hartford, CT 06103

Victoria C. Minor
Chief Deputy Clerk
141 Church Street
New Haven, CT 06510

*Margaret P. Levy*
MARGARET P. LEVY

4

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 3:98CR167(AWT) |
| VS. | : | |
| JOEL ROMAN | : | December 20, 2004 |

## AFFIDAVIT

STATE OF CONNECTICUT)
                      )  SS: Hartford
COUNTY OF HARTFORD )

I, MARGARET P. LEVY, being duly sworn, depose and say:

    1. I am over the age of 18 and I believe in the obligation of an oath.

    2. I am the court appointed attorney for Joel Roman, the defendant in the above docket.

    3. I was appointed to represent him on or about October 30, 2003, and have represented him continuously since then.

    4. On August 6, 2004, the Defendant plead guilty to Count One of the above indictment.

    5. On December 16, 2004, he was sentenced to serve 79 months in prison by the Honorable Robert N. Chatigny.

6. The case was a large multi-defendant case involving multiple wiretaps and video surveillance.

7. On July 11, 2003, prior to his arrest on the instant indictment, the Defendant was arrested by state authorities on narcotics charges which constitute the same conduct as in the instant indictment; he was sentenced to a term of 42 months to serve on the state charges on or about October 9, 2003.

8. Three weeks later, on October 30, 2003, the defendant was arrested on the instant indictment.

9. At the time of the Defendant's arrest on the state charges, he was serving a term of Special Parole; the Special Parole was revoked in November, 2003.

10. In order to minimize the Defendant's total sentences, undersigned counsel entered an appearance in Connecticut state court, Geographical Area #23, in order to vacate the state sentence; this process involved an unexpectedly lengthy amount of time and effort.

11. I have performed all of the services which are listed on the attached Voucher.

12. I have re-checked my appointment books and have verified that each of the interviews at the MacDougall and Cheshire Correctional Institutions were held on the dates indicated.

13. Because all services were rendered as claimed, I seek payment in full of my excess voucher in the amount of $ 11,021.55.

*Margaret P. Levy*
MARGARET P. LEVY

Subscribed and sworn to before me, at Hartford, this 20th day of December, 2004.

TINA M. GUAY

**TINA M. GUAY**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JULY 31, 2008

3

# C E R T I F I C A T I O N

THIS IS TO CERTIFY that a copy of the foregoing was mailed this day, postage pre-paid, or was transmitted by facsimile to the following:

Victoria C. Minor
Chief Deputy Clerk
United States District Court
450 Main Street
Hartford, CT 06103

*Margaret P. Levy*
Margaret P. Levy

4