United States District Court
District of Connecticut
FILED AT   NEW HAVEN
Jan. 19        2005
Kevin F. Rowe, Clerk
By_Victoria C. Mina_
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 3:04CR175(RNC) |
| VS. | : | 03Cr198 |
| JOEL ROMAN | : | JANUARY 14, 2005 |

## MOTION TO APPROVE COUNSEL FEE
## FOR ANCILLARY REPRESENTATION IN STATE COURT

Pursuant to the Fifth and Sixth Amendments to the United States Constitution, and 18 USC Section 3006A, undersigned counsel for Defendant JOEL ROMAN, hereby seeks an order that she be paid for her services in the state court in Geographical Area #23, in a matter ancillary to the above-captioned federal case. She represents in support of said motion:

1) She was appointed to represent the Defendant on October 30, 2003.

2) At that time, the defendant was serving a 42 month sentence in the custody of the State of Connecticut, based upon a conviction for the same criminal activity which gave rise to the instant federal case.

3) But for the federal arrest, no state representation would have been necessary.

4) While in state custody, the Defendant received no credit for time served on the federal case.

1