UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 FEB -9 P 2: 12

JOEL ROMAN
Petitioner

Vs.                                CR. NO. 3:03CR198 (RNC)

UNITED STATES OF AMERICA
Respondant
_____/

    **Now Comes,** the defendant/petitioner Joel Roman, pro se and in forma pauperis and moves this most Honorable Clerk of Court to grant him his request for one copy free of charge of the aforementioned case number docket sheet.

    Petitioner gives this mos Honorable Court's Clerk office his advanced thank you, for the professional help and speedy reply that he knows his case will receive from this office.

Respectfully Submitted
By

Joel Roman
Reg. No. 15336-014 Unit C-1
Federal Correctional Complex
Coleman Medium
P.O. Box 1032
Coleman, FL 33521-1032

---

*Margin annotation (left side, rotated):* Treating this as a request for a copy of the docket sheet. The Clerk will mail a copy of the docket sheet to the petitioner. /s/ Robert N. Chatigny, U.S.D.J.

*Margin annotation (bottom left, rotated):* February 13, 2006. The Clerk will docket petitioner's docket sheet, the request is hereby granted. So ordered.