UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 3:04CR198(RNC) |
| VS. | : | |
| JOEL ROMAN | : | MARCH 22, 2006 |

## MOTION FOR REAPPOINTMENT AS CJA COUNSEL

Pursuant to 18 U.S.C. Sec. 3006A, Defendant JOEL ROMAN, by and through his undersigned counsel, hereby requests this Honorable court to re-appoint Attorney Margaret P. Levy under the Criminal Justice Act to represent him in a re-sentencing matter ancillary to the above captioned matter. He represents in support of said motion:

1) On July 11, 2003, the Defendant was arrested by Connecticut state authorities on drug charges underlying the above captioned matter.

2) On October 9, 2003, he was sentenced to serve a term of 42 months on the Connecticut charges.

3) Three weeks later, on October 30, 2003, he was arrested on the federal Indictment; undersigned counsel was appointed as CJA counsel shortly thereafter.

4) Undersigned counsel represented the Defendant in state court for the limited purpose of vacating his state sentence so he could be federally sentenced and then re-sentenced concurrently in state court.

1

5) On June 23, 2004, his federal sentence was vacated and he was "remanded to Federal custody."

6) On December 16, 2004, the Defendant was sentenced to a term of 96 months minus 17 months (representing credit for the time already served in state custody from 7/10/03 to 12/16/04), resulting in a federal sentence of 79 months to serve.

7) Unbeknownst to undersigned counsel, the Defendant, the state court prosecutor, the government, and the federal and state courts, vacating the state sentence had not put the Defendant in federal custody; instead, he remained in state custody.

8) As a result of the above misunderstanding, the Defendant completed the balance of his state sentence before being transferred to federal custody.

9) He is now serving his federal sentence consecutively to the balance of his state sentence.

10) Despite the best efforts of counsel, the Defendant has not yet received credit for the additional time spent in state custody.

11) The Defendant is currently in federal custody at the Medium security prison of the Coleman Correctional Complex, in Coleman, Florida.

12) He has no assets with which to obtain private counsel. (FINANCIAL AFFIDAVIT, CJA-23, filed under seal March 14, 2006).

2

WHEREFORE, the Defendant respectfully requests that undersigned counsel be re-appointed to resolve the issues related to his sentence.

DEFENDANT, JOEL ROMAN

BY *Margaret P. Levy*
MARGARET P. LEVY
Federal Bar No. ct00045
His Attorney
21 Oak Street
Hartford, CT  06106-8001
(860) 525-9119

## C E R T I F I C A T I O N

THIS IS TO CERTIFY that a copy of the foregoing was mailed this day, postage pre-paid, or was hand-delivered to the following:

Hon. Robert N. Chatigny
United States District Court
450 Main Street
Hartford, CT 06103

AUSA H. Gordon Hall
157 Church Street – 23d floor
New Haven, CT 06510

Joel Roman
Reg. No. 15336-014
Federal Correctional Complex
Coleman – Medium
P.O. Box 1032
Coleman, FL 33521-1032

*Margaret P. Levy*
MARGARET P. LEVY