UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 3:04CR198(RNC) |
| VS. | : | |
| JOEL ROMAN | : | MARCH 22, 2006 |

## MOTION FOR REAPPOINTMENT AS CJA COUNSEL

Pursuant to 18 U.S.C. Sec. 3006A, Defendant JOEL ROMAN, by and through his undersigned counsel, hereby requests this Honorable court to re-appoint Attorney Margaret P. Levy under the Criminal Justice Act to represent him in a re-sentencing matter ancillary to the above captioned matter. He represents in support of said motion:

1) On July 11, 2003, the Defendant was arrested by Connecticut state authorities on drug charges underlying the above captioned matter.

2) On October 9, 2003, he was sentenced to serve a term of 42 months on the Connecticut charges.

May 10, 2006

U.S. v. Joel Roman, No. 3:04-CR-198(RNC)

Endorsement Ruling and Order:
Motion for Reappointment of Counsel [Doc. # 1083]:

Granted. By granting this motion, the Court implies no view of whether re-sentencing is legally possible, the proper procedure to follow, or the merits. Defendant's counsel will file and serve a motion addressing these points, along with a supporting memorandum of law, on or before June 12, 2006. So ordered.

Robert N. Chatigny, U.S.D.J.

1