UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 3:03CR198(RNC) |
| VS. | : | |
| JOEL ROMAN | : | JUNE 9, 2006 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 45(b) of the Federal Rules of Criminal Procedure, defendant JOEL ROMAN, by and through his undersigned counsel, hereby requests an enlargement of time for addressing issues related to re-sentencing in the above entitled matter.

1) On July 11, 2003, he was arrested by state authorities on narcotics charges arising from the same factual situation alleged in the above Indictment.

2) On October 10, 2003, he was sentenced in state court to a term of 42 months to serve.

3) On October 30, 2003, he was arrested and arraigned before Magistrate Judge Donna F. Martinez on the federal charges in the above Indictment.

4) At that time, he was incarcerated in a facility of the Connecticut Department of Corrections serving his 42 month state sentence.

5) On August 6, 2004, he entered a guilty plea to a one-count substitute

information in the above matter, pursuant to a plea agreement with the government.

6) On September 13, 2004, his state sentence was vacated to permit him to enter federal custody for sentencing, with the intention that the state sentence be re-imposed, concurrent to the federal sentence.

7) On or about December 16, 2004, the Defendant was sentenced to a term of 79 months to serve on the federal charge.

8) Despite the intentions of counsel for the Defendant and for the government, the Defendant had not entered federal custody, but remained in state custody until April 16, 2005, serving a state sentence for violation of Special Parole; the violation had been caused by his arrest on the federal charges.

9) On March 22, 2006, undersigned counsel filed a Motion for Reappointment as CJA Counsel for the purpose of representing him for purposes of re-sentencing in accordance with his plea bargain.

10) The court granted the motion for re-appointment and ordered that "Defendant's counsel…file and serve a memorandum addressing (certain) points (of law) on or before June 12, 2006."

11) Counsel has determined that in order to address the points of law she must obtain and review a copy of the sentencing hearing held December 16, 2004.

12) She has ordered a copy of the sentencing transcript. (ATTACHMENT A)

WHEREFORE, the Defendant respectfully requests an enlargement of time until twenty-one (21) days after receipt of the sentencing transcript to address the matters requested by the court.

DEFENDANT, JOEL ROMAN

BY *Margaret P. Levy*
MARGARET P. LEVY
Federal Bar No. ct00045
His Attorney
21 Oak Street
Hartford, CT 06106-8001
(860) 525-9119

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this day, postage pre-paid, or was hand-delivered to the following:

Office of the Clerk
United States District Court
450 Main Street
Hartford, CT 06103

AUSA H. Gordon Hall
157 Church Street; 23rd floor
New Haven, CT 06510

Probation Officer Joseph Montessi
157 Church Street; 22rd floor
New Haven, CT 06510

Joel Roman – Reg. No. 15336-014
FCC-Coleman - Medium
Box 1032
Coleman, FL 33521

*Margaret P. Levy*
MARGARET P. LEVY

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>JOEL ROMAN | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>3:03CR198(RNC) | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>USA v. JOEL ROMAN | 8. PAYMENT CATEGORY<br>☒ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal _____ | 9. TYPE PERSON REPRESENTED<br>☒ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other: _____ | | 10. REPRESENTATION TYPE<br>(See Instructions) |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
    21 USC 841, 846

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
    Application for re-Sentencing; Habeas

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
    Sentencing hearing, December 16, 2004

14. SPECIAL AUTHORIZATIONS (Services Other Than Ordinary) | JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

*Margaret P. Levy*   6/09/06
Signature of Attorney   Date
MARGARET P. LEVY
Printed Name
Telephone Number: (860) 525-9119
☒ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judicial Officer or By Order of the Court

_____  _____
Date of Order  Nunc Pro Tunc Date

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
    ☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number: _____

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses (Itemize) | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | |

21. CLAIMAINT'S CERTIFICATION OF SERVICE PROVIDED
    I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____   Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

_____   _____
Signature of Attorney or Clerk   Date

### APPROVED FOR PAYMENT - COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| _____<br>Signature of Judicial Officer or Clerk of Court   Date | |

ATTACHMENT A