UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 3:04CR175(RNC) |
| VS. | : | |
| JOEL ROMAN | : | JULY 21, 2006 |

### MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 45(b) of the Federal Rules of Criminal Procedure, Defendant JOEL ROMAN, by and through his undersigned counsel, hereby requests an enlargement of time until August 31, 2006, to file his motion and memorandum regarding re-sentencing issues. He represents in support of said motion:

1) On July 11, 2003, the Defendant was arrested by Connecticut state authorities on narcotics charges; he plead guilty on October 9, 2003, and was sentenced to 42 months to serve.

2) Shortly thereafter, he was indicted on the above-entitled matter.

3) Undersigned counsel was appointed to represent him in the federal case.

4) She was also appointed to represent him in an ancillary state proceeding in which she filed a motion to vacate the state sentence so the Defendant would be in federal custody at the time of the federal sentencing.

5) The motion to vacate was granted; according to the state court mittimus, "Sentence from 10/9/03 is vacated. Defendant is remanded into Federal custody…"

1

6) On August 6, 2004, the Defendant waived indictment, plead guilty to a substitute Information charging possession with intent to distribute heroin before the Honorable Donna F. Martinez.

7) On December 16, 2004, he was sentenced to a term of 79 months by the Honorable Robert N. Chatigny.

8) The 79 month term had been adjusted to take into account the 17 month period spent in state custody on the 42 month state sentence for conduct relevant to the instant federal case.

9) It was anticipated that the state sentence would be re-imposed to run concurrent to the federal sentence, thus making the two drug cases, in effect, fully concurrent.

10) It now appears the Defendant may not have received all of the intended credit toward his federal sentence, in part because he was still serving a state court sentence for violation of a special parole term.

11) Undersigned counsel needs additional time to research the re-sentencing issues and to discuss the issues with the Defendant.

12) The Defendant is currently incarcerated at the Federal Correctional Institution at Coleman, Florida.

13) Communication with the Defendant is difficult because of delays and errors in the mail service to and from FCI-Coleman; for example, mail sent to the

Defendant, properly addressed, was inexplicably forwarded to the Federal Correctional Institution at Schuykill, Pennsylvania (where he has never been) and then returned to undersigned counsel.

14) Pursuant to USDC Local Rule 9(b)(3), undersigned counsel spoke with Assistant United States Attorney H. Gordon Hall by telephone on July 20, 2006, to determine whether the government objects to this motion.

15) AUSA Hall said he has no objection to an enlargement of time until August 31, 2006.

16) This is the Defendant's second motion for extension of time to file his motion and memorandum regarding re-sentencing issues.

WHEREFORE, the Defendant respectfully requests until August 31, 2006, to file his motion and memorandum regarding re-sentencing issues.

DEFENDANT, JOEL ROMAN

BY *Margaret P. Levy*
MARGARET P. LEVY
Federal Bar No. ct00045
His Attorney
21 Oak Street
Hartford, CT  06106-8001
(860) 525-9119

# CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this day, postage pre-paid, or was hand-delivered to the following:

Hon. Robert N. Chatigny
United States District Court
450 Main Street
Hartford, CT  06103

H. Gordon Hall
Assistant United States Attorney
157 Church Street – 23d floor
New Haven, CT  06510

Probation Officer Joseph Montessi
157 Church Street – 22d floor
New Haven, CT  06510

Joel Roman
Reg. No. 15336-014
FCI-Coleman
P.O. Box 1032
Coleman, FL 33521-1032

_Margaret P. Levy_
MARGARET P. LEVY