UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOEL ROMAN
Defendant

v.                                    Case No. 3:03-cr-00198-RNC-19

UNITED STATES OF AMERICA
Respondant
_____/

MOTION REQUESTING TRANSCRIPTS

Comes now, the defendant Joel Roman who respectfully moves to this Most Honorable Court pro se and in forma pauperis request copies of transcripts of entries 855, 846, 803, 796, 644, 643, and 641 of the above styled case.

Wherefore the defendant prays for this Most Honorable Head Clerk of the Court provide him with the aforementioned transcripts which are requested for appeals purposes.

Respectfully Submitted

Joel Roman
Reg. No. 15336-014 Unit C-1
Federal Correctional Complex
Coleman Medium
P.O. Box 1032
Coleman, FL  33521-1032