UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOEL ROMAN
Defendant

v.                             Case No. 3:03-cr-00198-RNC-19

UNITED STATES OF AMERICA
Respondant
_____/

MOTION REQUESTING TRANSCRIPTS

Comes now, the defendant Joel Roman who respectfully moves to this Most Honorable Court pro se and in forma paupecis request copies of transcripts of entries 855, 846, 803, 796, 644, 643, and 641 of the above styled case.

Wherefore the defendant prays for this Most Honorable Head Clerk of the Court provide him with the aforementioned transcripts which are requested for appeals purposes.

Respectfully Submitted

3:03CR198(RNC)  USA v. Joel Roman

Motion Requesting Transcripts (Doc. #1095)

**November 30, 2006.** Denied without prejudice. To be eligible to receive free transcripts, defendant must file an action pursuant to 28 U.S.C. § 2255 and obtain leave to proceed in forma pauperis. Defendant may renew this motion upon a showing that he has filed an action under § 2255 and been granted leave to proceed in forma pauperis. So ordered.

Robert N. Chatigny, U.S.D.J.