UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

JOEL ROMAN
Defendant

2006 DEC 26  A 11: 42

vs.                                Case No. 3:03-CR-198(RNC)

UNITED STATES OF AMERICA
Plaintiff
_____/

PRO SE MOTION REQUESTING COPY OF DOCKET SHEET

Comes now, the defendant/petitioner Joel Roman, Pro se and In forma pauperis and moves this Most Honorable Court Head Clerk of the Court to grant him his request for one copy free of charge of the docket sheet of the aforementioned captioned case.

Petitioner would like to give this Most Honorable Court's Clerk's Office his advanced thank you, for the professional help and speedy reply that he knows his case will receive from this Office.

Respectfully Submitted

*(signature)*
Joel Roman
Reg. No. 15336-014 Unit C-1
Federal Correctional Complex
Coleman Medium
P.O. Box 1032
Coleman, FL 33521-1032