JOEL ROMAN #19550-014
FCI RAY BROOK, BOX X
RAY BROOK, NEW YORK 12977

2008 JUN 22 A 7: 24

U.S. DISTRICT JUDGE

6/16/08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
FEDERAL BUILDING & U.S. COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

RE: U.S. v. JOEL ROMAN
    3:03-CR-198(RNC)

To the Honorable Robert N. Chatigny

Dear Sir,

        I am writing this letter to you today seeking your assist-
ance in a matter of obtaining pretrial jail credits of which I
feel I am legally entitled, and for which I beleive his Honor
agreed with also at my federal sentencing.

        First, I appologize for your time, which I'm sure is a very
busy schedule, I turn to you personally, because you are my only
hope to aquire the credits I seek in light of current law. I prom-
ise to be brief.

        A brief history to refresh the Court's memory:

        (1) This is of course a case about state and federal drug
charges, of related cases. When in front of this Court, his honor
did depart downward, 17 months, to reflect credit for time I had
already spent in state custody before my appearance before this
court for federal sentencing. However, the 17 months, was all this
Court could grant at the time, because that was all the time I had
by that time completed on the sentence at issue, before being ret-
urned to state custody. I am now seeking a "nunc pro tunc" desig-
nation by the BOP to aquire the remainder of the state time.

        Where your assistance comes in, is a most humble request of a
mere written recomendation from you to the now controlling office
at Grand Prarie Tx. In light of the Second Circuit's currently

June 24, 2008. USA v. Joel Roman
                3:03CR198 (RNC)

The Clerk will docket this letter and send copies to counsel of record and
the probation office.  Treating this as a motion for sentencing relief, the
Government will file a memorandum presenting its view of the defendant's
request on or before July 29, 2008.  So ordered.

                        /s/ Robert N. Chatigny, USDJ
                        _____
                        Robert N. Chatigny, U.S.D.J.

controlling case law, **Abdul-Malik v. Hawk-Sawyer, 403 F.3d 72 (2nd Cir. 2005)**, which reluctantly acknowledges the BOP's unique power to grant nunc pro tunc designations.

(**2**) I was arrested by the state authorites on July 10, 2003, and then sentenced on or about 10/9/03, to a term of 42 months.

(3) About a week later, the federal authorities handed me an indictment; and I was arraigned the same day and subsequently returned to state custody.

(4) My Federal attorney, in order to accomplish concurrent sentencing in both the state/federal case which are completely related, moved the state court to vacate the conviction, while I got sentenced in the feds, i.e., 18 U.S.C. §3585.

(5) I was then brought before this Court and sentenced to 96 months. At sentencing in this Court, the parties presented my delema to his Honor, and you affected a downward departure of 17 months to acheive the sentencing goals agreed to by both sides.

(6) I was then returned to state custody and resentenced to the same 42 months sentence as originally imposed.(concurrent to Feds).

Now, and to the point, upon arrival in the BOP, my sentence was calculated to reflect only the 17 month depature this Court alloted only because that was all the time I had by that time served, before being in front of you Sir.

Accordingly, I am now attempting to aquire the rest of the state sentence time that this court was merely unable to grant me at that time. However, in light of the authorities cited above, the BOP has refused, through the administrative remedy process, to award the credits I seek. 18 U.S.C. § 3585(b).

Notwithstanding, I can in fact be credited with the remainder of the state sent. credits, if his Honor would be willing to affect a recomendation to the authorized staff at:
GRAND PRARIE:
**346 MARINE FORCES DRIVE**
**GRAND PRARIE, TX 75051,**   (972) 352-4400/ FAX **(972 352-4395)**

I am currently awaiting response to my "BP-11" in Washington, D.C., which I understand will be forwarded to GRAND PRARIE.

Importantly here, I was told by the staff here at FCI Ray Brook, that if his honor was to send a recomendation to grand prarie, I would surely receive the credits. Accordingly, I most graciously and respectfully request your recomendation. This, I submit would be most greatfully appreciated, and in further support of this request, I present that I have devoted all of my time in prison thus far to self help programs such as "Microsoft Office," Automotive, as well as the required GED, and I also successfully completed the "Drug Program, and am continuing on to the "Kasac,"

"Drug Counselor for youths,"Program offered here at FCi Ray Brook.

I would also like to emphasise that I am beyond sick of the kind of existance that lead me to this situation, and have nothing but living as a productive citizen and caring for my child planned for the rest of my life.

Lastly, I would like for you to know, that I will certainly respect to the utmost, your decision in this matter, and not bother this Court again.

THANKYOU IN ADVANCE, for your time and consideration and God bless this Honorable Court.

Sincerely,

*Joel Roman*

JOEL ROMAN

**MITTIMUS**

C.G.S. §§ 18-22, 18-62, 18-65, 18-65a, 18-73, 18-76,
18-82, 54-2a, 54-64b, 54-92a, 54-96b, 54-97, 54-98
Pr. Bk. Sec. 43-17 to 43-20

CR-38 Rev. 10-01

INSTRUCTIONS TO CLERK
Prepare a separate Mittimus for each file.
TO OFFICER
Original to receiving facility, return copy to court.

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.state.ct.us

[X] JUDGMENT    [ ] CONTINUANCE
[ ] FAILURE TO MEET CONDITIONS
OF RELEASE UNDER 54-2a

TO: Any Proper Officer    *Concered Mitt*    258311

DATE OF DISPOSITION: 6/23/04

DATE OF BIRTH: 11-28-76

DATE SENTENCE TO BEGIN (if different)

| DOCKET NO. | NAME OF DEFENDANT |
|---|---|
| N23N-CR03-1 9011 | Roman, Joel |

NAME AND LOCATION OF RECEIVING FACILITY

NAME AND LOCATION OF COURT: GA 23; 121 Elm Street, New Haven CT

[X] CRIME(S) CONVICTED

| 1ST COUNT - STATUTE NO. | DATE OF OFFENSE | 2ND COUNT - STATUTE NO. | DATE OF OFFENSE |
|---|---|---|---|
| 21a-277(a) | 7-10-03 | | |
| 3RD COUNT - STATUTE NO. | DATE OF OFFENSE | 4TH COUNT - STATUTE NO. | DATE OF OFFENSE |

[ ] CRIME(S) CHARGED

| 5TH COUNT - STATUTE NO. | DATE OF OFFENSE | 6TH COUNT - STATUTE NO. | DATE OF OFFENSE |
|---|---|---|---|

Whereas by a judgment of said court, said defendant was convicted of the above crime(s) and sentenced to imprisonment as follows:

**JUDGMENT MITTIMUS**

COUNTS AND TERMS (If execution of portion of sentence is suspended, show only time to be served.)

| First | Second | Third | Fourth | Fifth | Sixth |
|---|---|---|---|---|---|

TOTAL EFFECTIVE SENTENCE

SPECIFY HERE ANY PERTINENT CONDITIONS, IF SENTENCES ARE CONSECUTIVE AND IF PROBATION WAS ORDERED

*Sentence from 10/9/03 is vacated Defendant is remanded into Federal custody. See Information*

(If a person under the age of 21 receives a reformatory sentence in accordance with section 18-65a or 18-73 of the General Statutes, in no event shall the term be longer than either the maximum term of imprisonment for the crime(s) committed or for a term of more than five (5) years.)

[ ] And said defendant pay to the State of Connecticut the amount of fines now unpaid as shown below and be committed to the above facility in default of payment of said fines. (A defendant may not be incarcerated for failing to pay fees or costs.)

COUNTS AND FINES (Show only unpaid portion of fines)

| First | Second | Third | Fourth | Fifth | Sixth |
|---|---|---|---|---|---|

TOTAL UNPAID BALANCE

[ ] The Defendant is entitled to sentence credit of
[ ] The foregoing credit includes _____ days of credit for pretrial confinement at a police or courthouse lockup.

**TRANSFER OR CONTIN.**

Whereas it is ordered that said case be continued and/or transferred for future proceedings before said court.

TO BE HELD AT (Name and address of court))    [ ] J.D.  [ ] G.A.    ON (Date)    SURETY BOND AMOUNT

**ORDER**

BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to deliver said defendant to the custody of the Commissioner of Correction and/or the Warden or Administrator at the above facility and said Commissioner and/or Warden or Administrator is hereby commanded to receive and keep said defendant for the period fixed by said order or judgment of the court or until legally discharged, provided that when a defendant has been sentenced to a term of imprisonment and ordered to pay a fine, if the fine has not been paid by the time the sentence has been served, the defendant may not continue to be incarcerated unless the judicial authority has found that the defendant is able to pay the fine and that the defendant's nonpayment is wilful.

SIGNED (Assistant Clerk) ____    By Order of the Court *Mary DeLuca*    ON (Date) 9-13-04

RECEIVING FACILITY TIME STAMP

**ACKNOWLEDGMENT OF DELIVERY OF DEFENDANT**

I delivered said defendant into the custody of the Commissioner of Correction and/or his agent and left this mittimus with him.

NAME AND LOCATION OF RECEIVING FACILITY

| TITLE OF DELIVERING OFFICER | SIGNATURE OF DELIVERING OFFICER | SIGNATURE OF RECEIVING OFFICER |
|---|---|---|

# MITTIMUS
JD.CR-38 Rev. 10-01

C.G.S. §§ 18-23, 18-63, 18-65, 18-65a, 18-73, 18-76,
18-82, 54-2a, 54-64b, 54-92a, 54-96b, 54-97, 54-98
Pr. Bk. Sec. 43-17 to 43-20

INSTRUCTIONS TO CLERK
Prepare a separate Mittimus for each file.

TO OFFICER
Original to receiving facility; return copy to court.

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.state.ct.us

☑ JUDGMENT    ☐ CONTINUANCE
☐ FAILURE TO MEET CONDITIONS
   OF RELEASE UNDER 54-2a

**TO: Any Proper Officer**

2585

DATE OF DISPOSITION: 1-7-05

| DOCKET NO. | NAME OF DEFENDANT | DATE OF BIRTH | DATE SENTENCE TO BEGIN (If different) |
|---|---|---|---|
| N23N-CR03 19011-S | Roman Joel | 11-28-76 | |

| NAME AND LOCATION OF RECEIVING FACILITY | NAME AND LOCATION OF COURT |
|---|---|
| NHCC | Gt 23 Di RM ST NH |

| | 1ST COUNT - STATUTE NO. | DATE OF OFFENSE | 2ND COUNT - STATUTE NO. | DATE OF OFFENSE |
|---|---|---|---|---|
| ☑ CRIME(S) CONVICTED | 21a-277 (a) | 7-10-03 | | |
| | 3RD COUNT - STATUTE NO. | | 4TH COUNT - STATUTE NO. | DATE OF OFFENSE |
| ☐ CRIME(S) CHARGED | | | | |
| | 5TH COUNT - STATUTE NO. | DATE OF OFFENSE | 6TH COUNT - STATUTE NO. | DATE OF OFFENSE |
| | | | | |

Whereas by a judgment of said court, said defendant was convicted of the above crime(s) and sentenced to imprisonment as follows:

**JUDGMENT MITTIMUS**

| COUNTS AND TERMS (If execution of portion of sentence is suspended, show only time to be served.) | | | | | | TOTAL EFFECTIVE SENTENCE |
|---|---|---|---|---|---|---|
| First | Second | | Fourth | Fifth | Sixth | |
| 42 MS | | | | | | 42 MS |

SPECIFY HERE ANY PERTINENT CONDITIONS, IF SENTENCES ARE CONSECUTIVE AND IF PROBATION WAS ORDERED.

42 Mos Conc/w present Federal Sentence

(If a person under the age of 21 receives a reformatory sentence in accordance with section 18-65a or 18-73 of the General Statutes, in no event shall the term be longer than either the maximum term of imprisonment for the crime(s) committed or for a term of more than five (5) years.)

☐ And said defendant pay to the State of Connecticut the amount of fines now unpaid as shown below and be committed to the above facility in default of payment of said fines. (A defendant may not be incarcerated for failing to pay fees or costs.)

| COUNTS AND FINES (Show only unpaid portion of fines) | | | | | | TOTAL UNPAID BALANCE |
|---|---|---|---|---|---|---|
| First | Second | Third | Fourth | Fifth | Sixth | |
| | | | | | | |

☐ The Defendant is entitled to sentence credit of
☐ The foregoing credit includes _____ days of credit for pretrial confinement at a police or courthouse lockup.

**TRANSFER OR CONTIN.**

Whereas it is ordered that said case be continued and/or transferred for future proceedings before said court.

| TO BE HELD AT (Name and address of court) | ☐ J.D. ☐ G.A. | ON (Date) | SURETY BOND AMOUNT |
|---|---|---|---|

**ORDER**

BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to deliver said defendant to the custody of the Commissioner of Correction and/or the Warden or Administrator at the above facility and said Commissioner and/or Warden or Administrator is hereby commanded to receive and keep said defendant for the period fixed by said order or judgment of the court or until legally discharged, provided that when a defendant has been sentenced to a term of imprisonment and ordered to pay a fine, if the fine has not been paid by the time the sentence has been served, the defendant may not continue to be incarcerated unless the judicial authority has found that the defendant is able to pay the fine and that the defendant's nonpayment is wilful.

| SIGNED (Assistant Clerk) | By Order of the Court | ON (Date) 1-7-05 | RECEIVING FACILITY TIME STAMP |
|---|---|---|---|

**ACKNOWLEDGMENT OF DELIVERY OF DEFENDANT**

I delivered said defendant into the custody of the Commissioner of Correction and/or his agent and left this mittimus with him.

NAME AND LOCATION OF RECEIVING FACILITY

| TITLE OF DELIVERING OFFICER | SIGNATURE OF DELIVERING OFFICER | SIGNATURE OF RECEIVING OFFICER |
|---|---|---|

JAN 7 2005

"Drug Counselor for youths,"Program offered here at FCi Ray Brook.

 I would also like to emphasise that I am beyond sick of the kind of existance that lead me to this situation, and have nothing but living as a productive citizen and caring for my child planned for the rest of my life.

 Lastly, I would like for you to know, that I will certainly respect to the utmost, your decision in this matter, and not bother this Court again.

 THANKYOU IN ADVANCE, for your time and consideration and God bless this Honorable Court.

Sincerely,

JOEL ROMAN