JOEL ROMAN #15336-014
FCI RAY BROOK, BOX 9009
RAY BROOK, NEW YORK 12977

2008 JUN 22 A 7:24

6/16/08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
FEDERAL BUILDING & U.S. COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

RE: U.S. v. JOEL ROMAN
    3:03-CR-198(RNC)

To the Honorable Robert N. Chatigny

Dear Sir,

    I am writing this letter to you today seeking your assistance in a matter of obtaining pretrial jail credits of which I feel I am legally entitled, and for which I beleive his Honor agreed with also at my federal sentencing.

    First, I appologize for your time, which I'm sure is a very busy schedule, I turn to you personally, because you are my only hope to aquire the credits I seek in light of current law. I promise to be brief.

    A brief history to refresh the Court's memory:

    (1) This is of course a case about state and federal drug charges, of related cases. When in front of this Court, his honor did depart downward, 17 months, to reflect credit for time I had already spent in state custody before my appearance before this court for federal sentencing. However, the 17 months, was all this Court could grant at the time, because that was all the time I had

---

June 24, 2008.  USA v. Joel Roman
                3:03CR198 (RNC)

The Clerk will docket this letter and send copies to counsel of record and the probation office. Treating this as a motion for sentencing relief, the Government will file a memorandum presenting its view of the defendant's request on or before July 29, 2008. So ordered.

/s/ Robert N. Chatigny, USDJ
Robert N. Chatigny, U.S.D.J.

"Drug Counselor for youths,"Program offered here at FCi Ray Brook.

    I would also like to emphasise that I am beyond sick of the kind of existance that lead me to this situation, and have nothing but living as a productive citizen and caring for my child planned for the rest of my life.

    Lastly, I would like for you to know, that I will certainly respect to the utmost, your decision in this matter, and not bother this Court again.

    THANKYOU IN ADVANCE, for your time and consideration and God bless this Honorable Court.

Sincerely,

*Joel Roman*
JOEL ROMAN

# MITTIMUS JD-CR-38 Rev. 10-01

C.G.S. §§ 18-22, 18-62, 18-65, 18-65a, 18-73, 18-76,
18-82, 54-2a, 54-64b, 54-92a, 54-96b, 54-97, 54-98
Pr. Bk. Sec. 43-17 to 43-20

- [x] **JUDGMENT**  ☐ CONTINUANCE
- ☐ FAILURE TO MEET CONDITIONS OF RELEASE UNDER 54-2a

**TO:** Any Proper Officer

**INSTRUCTIONS TO CLERK**
Prepare a separate Mittimus for each file.
**TO OFFICER**
Original to receiving facility, return copy to court.

*Corrected Mitt*   258311

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.state.ct.us

**DATE OF DISPOSITION:** 6/23/04

| DOCKET NO. | NAME OF DEFENDANT | DATE OF BIRTH | DATE SENTENCE TO BEGIN (if different) |
|---|---|---|---|
| N23N-CR03-19811 | Roman, Joel | 11-28-76 | |

**NAME AND LOCATION OF RECEIVING FACILITY**
**NAME AND LOCATION OF COURT:** GA 23, 121 Elm Street, New Haven CT

- [x] **CRIME(S) CONVICTED**
- ☐ CRIME(S) CHARGED

| 1ST COUNT - STATUTE NO. | DATE OF OFFENSE | 2ND COUNT - STATUTE NO. | DATE OF OFFENSE |
|---|---|---|---|
| 2a-277(a) | 7-10-03 | | |
| 3RD COUNT - STATUTE NO. | DATE OF OFFENSE | 4TH COUNT - STATUTE NO. | DATE OF OFFENSE |
| | | | |
| 5TH COUNT - STATUTE NO. | DATE OF OFFENSE | 6TH COUNT - STATUTE NO. | DATE OF OFFENSE |
| | | | |

Whereas by a judgment of said court, said defendant was convicted of the above crime(s) and sentenced to imprisonment as follows:

**COUNTS AND TERMS** (If execution of portion of sentence is suspended, show only time to be served.)

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL EFFECTIVE SENTENCE |
|---|---|---|---|---|---|---|
| | | | | | | |

SPECIFY HERE ANY PERTINENT CONDITIONS, IF SENTENCES ARE CONSECUTIVE AND IF PROBATION WAS ORDERED

*Sentence from 10/9/03 is vacated. Defendant is remanded into Federal custody. See Information.*

(If a person under the age of 21 receives a reformatory sentence in accordance with section 18-65a or 18-73 of the General Statutes, in no event shall the term be longer than either the maximum term of imprisonment for the crime(s) committed or for a term of more than five (5) years.)

☐ And said defendant pay to the State of Connecticut the amount of fines now unpaid as shown below and be committed to the above facility in default of payment of said fines. (A defendant may not be incarcerated for failing to pay fees or costs.)

**COUNTS AND FINES** (Show only unpaid portion of fines)

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL UNPAID BALANCE |
|---|---|---|---|---|---|---|
| | | | | | | |

- ☐ The Defendant is entitled to sentence credit of _____
- ☐ The foregoing credit includes _____ days of credit for pretrial confinement at a police or courthouse lockup.

Whereas it is ordered that said case be continued and/or transferred for future proceedings before said court.

| TO BE HELD AT (Name and address of court) | ☐ J.D. ☐ G.A. | ON (Date) | SURETY BOND AMOUNT |
|---|---|---|---|
| | | | |

**ORDER:** BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to deliver said defendant to the custody of the Commissioner of Correction and/or the Warden or Administrator at the above facility and said Commissioner and/or Warden or Administrator is hereby commanded to receive and keep said defendant for the period fixed by said order or judgment of the court or until legally discharged, provided that when a defendant has been sentenced to a term of imprisonment and ordered to pay a fine, if the fine has not been paid by the time the sentence has been served, the defendant may not continue to be incarcerated unless the judicial authority has found that the defendant is able to pay the fine and that the defendant's nonpayment is wilful.

**SIGNED (Assistant Clerk)** *Mary DeLuca*  By Order of the Court   **ON (Date):** 9-13-04

RECEIVING FACILITY TIME STAMP

**ACKNOWLEDGMENT OF DELIVERY OF DEFENDANT**
I delivered said defendant into the custody of the Commissioner of Correction and/or his agent and left this mittimus with him.

NAME AND LOCATION OF RECEIVING FACILITY

TITLE OF DELIVERING OFFICER | SIGNATURE OF DELIVERING OFFICER | SIGNATURE OF RECEIVING OFFICER

# MITTIMUS

JD-CR-28 Rev 10-01

C.G.S. §§ 18-23, 18-63, 18-65, 18-65a, 18-73, 18-76, 18-82, 54-2a, 54-64b, 54-92a, 54-96b, 54-97, 54-98
Pr. Bk. Sec. 43-17 to 43-20

- [x] **JUDGMENT**
- [ ] CONTINUANCE
- [ ] FAILURE TO MEET CONDITIONS OF RELEASE UNDER 54-2a

**TO: Any Proper Officer**

**INSTRUCTIONS TO CLERK**
Prepare a separate Mittimus for each file.
**TO OFFICER**
Original to receiving facility; return copy to court.

2585

**STATE OF CONNECTICUT SUPERIOR COURT**
www.jud.state.ct.us

NB

**DATE OF DISPOSITION:** 1-7-05

| DOCKET NO. | NAME OF DEFENDANT | DATE OF BIRTH | DATE SENTENCE TO BEGIN (If different) |
|---|---|---|---|
| N23N-CR03 19011-S | Roman, Joel | 11-28-76 | |

| NAME AND LOCATION OF RECEIVING FACILITY | NAME AND LOCATION OF COURT |
|---|---|
| NHCC | GA 23 Di Elm ST NH |

- [x] CRIME(S) CONVICTED
- [ ] CRIME(S) CHARGED

| 1ST COUNT - STATUTE NO. | DATE OF OFFENSE | 2ND COUNT - STATUTE NO. | DATE OF OFFENSE |
|---|---|---|---|
| 21a-277(a) | 7-10-03 | | |
| 3RD COUNT - STATUTE NO. | DATE OF OFFENSE | 4TH COUNT - STATUTE NO. | DATE OF OFFENSE |
| | | | |
| 5TH COUNT - STATUTE NO. | DATE OF OFFENSE | 6TH COUNT - STATUTE NO. | DATE OF OFFENSE |
| | | | |

Whereas by a judgment of said court, said defendant was convicted of the above crime(s) and sentenced to imprisonment as follows:

**COUNTS AND TERMS** (If execution of portion of sentence is suspended, show only time to be served.)

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL EFFECTIVE SENTENCE |
|---|---|---|---|---|---|---|
| 42 mos | | | | | | 42 mos |

SPECIFY HERE ANY PERTINENT CONDITIONS, IF SENTENCES ARE CONSECUTIVE AND IF PROBATION WAS ORDERED.

42 Mos Conc / w present Federal Sentence

(If a person under the age of 21 receives a reformatory sentence in accordance with section 18-65a or 18-73 of the General Statutes, in no event shall the term be longer than either the maximum term of imprisonment for the crime(s) committed or for a term of more than five (5) years.)

- [ ] And said defendant pay to the State of Connecticut the amount of fines now unpaid as shown below and be committed to the above facility in default of payment of said fines. (A defendant may not be incarcerated for failing to pay fees or costs.)

**COUNTS AND FINES** (Show only unpaid portion of fines)

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL UNPAID BALANCE |
|---|---|---|---|---|---|---|
| | | | | | | |

- [ ] The Defendant is entitled to sentence credit of ___
- [ ] The foregoing credit includes ___ days of credit for pretrial confinement at a police or courthouse lockup.

Whereas it is ordered that said case be continued and/or transferred for future proceedings before said court.

| TO BE HELD AT (Name and address of court) | J.D. / G.A. | ON (Date) | SURETY BOND AMOUNT |
|---|---|---|---|
| | | | |

BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to deliver said defendant to the custody of the Commissioner of Correction and/or the Warden or Administrator at the above facility and said Commissioner and/or Warden or Administrator is hereby commanded to receive and keep said defendant for the period fixed by said order or judgment of the court or until legally discharged, provided that when a defendant has been sentenced to a term of imprisonment and ordered to pay a fine, if the fine has not been paid by the time the sentence has been served, the defendant may not continue to be incarcerated unless the judicial authority has found that the defendant is able to pay the fine and that the defendant's nonpayment is wilful.

| SIGNED (Assistant Clerk) | By Order of the Court | ON (Date) | RECEIVING FACILITY TIME STAMP |
|---|---|---|---|
| | | 1-7-05 | JAN 7 '05 |

**ACKNOWLEDGMENT OF DELIVERY OF DEFENDANT**

I delivered said defendant into the custody of the Commissioner of Correction and/or his agent and left this mittimus with him.

| NAME AND LOCATION OF RECEIVING FACILITY | | |
|---|---|---|
| TITLE OF DELIVERING OFFICER | SIGNATURE OF DELIVERING OFFICER | SIGNATURE OF RECEIVING OFFICER |