```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT
```

UNITED STATES              :

V.                         :     Case No. 3:03-CR-198(RNC)

JOEL ROMAN                 :

<u>RULING AND ORDER</u>

This matter is before the Court on defendant's motion for sentencing relief [doc. 1116]. Defendant states that he has asked the Bureau of Prisons to designate the state prison where he served his state sentence as a federal prison, nunc pro tunc, pursuant to 18 U.S.C. § 3621, so that the time he spent there can be credited toward his federal sentence. He asks this Court to recommend to the BOP that his request for a nunc pro tunc designation be granted. Defendant's request is consistent with the intention of this Court, the state court, and the parties, that his federal and state sentences run concurrently. Accordingly, defendant's motion is hereby granted. The Court recommends that the BOP designate the state prison where the defendant served his state sentence as a federal prison, nunc pro tunc, pursuant to 18 U.S.C. § 3621.

So ordered this 15th day of July 2008.

                                    ___/s/ RNC_____
                                        Robert N. Chatigny
                                    United States District Judge